SPIVAK LIPTON LLP
HOPE PORDY, ESQ.
1700 Broadway, 21st Floor
New York, New York 10019
Ph:   212.765.2100
Fax:  212.541.45429
*Attorneys for Petitioner Actors Equity Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------:

ACTORS EQUITY ASSOCIATION,

              Petitioner,              08 Civ. 02843 (LAK)

    -against-

                                       **NOTICE OF MOTION**
                                       **FOR SUMMARY JUDGMENT**

MATTHEW LOMBARDO, Individually,
And on Behalf of THE LOMBARDO
ORGANIZATION d/b/a TEA AT FIVE,

              Respondent.

-------------------------------------------------------:

      **PLEASE TAKE NOTICE** that, upon the Petition to Confirm Arbitration Award, dated March 12, 2008, and the exhibits annexed thereto; the accompanying memorandum of law; Petitioner's Rule 56.1 Statement of Undisputed Facts; and all the pleadings and proceedings had herein, the Petitioner Actors Equity Association will move this Court before the Honorable Lewis A. Kaplan, U.S.D.J., in the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York 10007 on a date to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Civil Rule 56.1, granting Petitioner's motion for summary judgment; confirming the arbitration award; and awarding any and all further relief as the Court may deem just and proper.

Dated: New York, New York
       June 9, 2008

                      SPIVAK LIPTON LLP

                      By: /s/ Hope Pordy
                          Hope Pordy (HP 6253)
                      1700 Broadway, 21st Floor
                      New York, New York  10019
                      Tel:  212.765.2100
                      Fax:  212.541.5429
                      hpordy@spivaklipton.com
                      *Attorneys for Actors Equity Association*