SPIVAK LIPTON LLP
HOPE PORDY, ESQ.
1700 Broadway, 21st Floor
New York, New York 10019
Ph:   212.765.2100
Fax:  212.541.45429
*Attorneys for Petitioner Actors Equity Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------:

ACTORS EQUITY ASSOCIATION,

                Petitioner,

-against-

MATTHEW LOMBARDO, Individually,
And on Behalf of THE LOMBARDO
ORGANIZATION d/b/a TEA AT FIVE,

                Respondent.
------------------------------------------------------:

**ECF**
08 Civ. 02843 (LAK)

## **CERTIFICATE OF SERVICE**

I, Hope Pordy, hereby certify that on June 9, 2008, I caused a copy of the within Petitioner's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, with accompanying Notice of Motion, Memorandum of Law, Local Civil Rule 56.1 Statement with exhibits annexed thereto, and Local Civil Rule 56.2 Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment, to be served via electronic mail and overnight mail upon the following:

                Matthew Lombardo
                309 N.E. 11th Avenue
                Fort Lauderdale, FL  33301
                mmlombardo@aol.com

Dated: New York, New York
      June 9, 2008

_____
Hope A. Pordy