UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ACTORS EQUITY ASSOCIATION,

                Petitioner,

    -against-                         08 Civ. 2843 (LAK)

MATTHEW LOMBARDO, etc.,

                Respondent.
------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Petitioner's motion for summary judgment confirming the arbitration awards is granted without opposition. The Clerk shall enter judgment accordingly and close the case.

       SO ORDERED.

Dated:     July 9, 2008

                                                  Lewis A. Kaplan
                                               United States District Judge